**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-6670**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

PAUL E. FRAZIER,

Defendant - Appellant.

———————

**No. 98-6671**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

PAUL E. FRAZIER,

Defendant - Appellant.

———————

Appeals from the United States District Court for the Northern District of West Virginia, at Martinsburg. Irene M. Keeley, District Judge. (CR-94-6, CA-97-65-3, CR-94-8, CA-97-66-3)

———————

Submitted: July 30, 1998          Decided: August 26, 1998

Before WIDENER, LUTTIG, and WILLIAMS, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Kevin David Mills, Martinsburg, West Virginia, for Appellant. William David Wilmoth, United States Attorney, Wheeling, West Virginia; Thomas Oliver Mucklow, Assistant United States Attorney, Martinsburg, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's orders denying his motions filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeals on the reasoning of the district court. United States v. Frazier, Nos. CR-94-6; CR-94-8; CA-97-65-3; CA-97-66-3 (N.D.W. Va. Mar. 30, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED